IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:07-HC-2152-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GEORGE ALBERT HOOD, | ) | |
| | ) | |
| Respondent. | ) | |

This case comes before the court on the pro se motion of respondent (D.E. 34) to compel the government to make its initial disclosures pursuant to Paragraph 3(b) of the Standing Order on cases arising under 18 U.S.C. § 4248, 10-SO-01. The government has responded to this motion (D.E. 35), and the court conducted a hearing on 16 February 2011 at which both respondent and his counsel appeared. As discussed at the hearing, respondent's motion was rendered moot by this court's Scheduling Order (D.E. 33) entered 7 December 2010 in which the court directed that the government's initial disclosures would be due 60 days from the date on which respondent's counsel filed a motion for a hearing. The court further ordered counsel to file the motion for hearing by 10 December 2010. As the motion for hearing was not filed until 15 February 2011, the government had no obligation to make its disclosures at the time that respondent filed his motion and, pursuant to the Amended Scheduling Ordered also entered this date, such disclosure will not be due until 18 April 2011. According, respondent's motion (D.E. 34) is DENIED AS MOOT.

SO ORDERED, this 18th day of February 2011.

James E. Gates
United States Magistrate Judge