IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-HC-2152-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GEORGE ALBERT HOOD, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on a Stipulation of Dismissal (DE # 62) filed on behalf of both parties. Pursuant to the stipulation and for good cause shown, this action is hereby dismissed. Respondent is subject to any remaining term of confinement or parole. Respondent's motion for hearing (DE # 38) and respondent's motion to dismiss (DE # 39) are hereby DENIED AS MOOT. The clerk is DIRECTED to close the case.

SO ORDERED, this the 22nd day of April, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge